SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 13 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Criminal No. 3:19-cr-00004 |
| | ) | |
| JANNA REBECCA SMITH, | ) | In Violation of: |
| a/k/a "Rabbit" | ) | 18 U.S.C. §§ 1001, 1071, 1503, and 2 |

## COUNT ONE

The Grand Jury charges:

1. That between on or about May 30, 2018, and on or about July 10, 2018, in the Western Judicial District of Virginia, the defendant, JANNA REBECCA SMITH, a/k/a "Rabbit," did corruptly influence, obstruct and impede or endeavor to influence, obstruct and impede the due administration of justice in *United States v. Mixell*, Case No. 3:17CR00016, in the U.S. District Court for the Western District of Virginia, by assisting Mixell in evading arrest and by providing false information to the United States Marshals Service.

2. All in violation of Title 18, United States Code, Section 1503.

## COUNT TWO

The Grand Jury further charges:

3. That between, on or about May 30, 2018, and on or about July 10, 2018, in the Western Judicial District of Virginia, the defendant, JANNA REBECCA SMITH, a/k/a "Rabbit," as a principal or as an aider and abettor, harbored and concealed Christopher James Mixell, and did willfully cause another person to harbor and conceal Christopher James Mixell, a person for

1

whose arrest a warrant had been issued under the provisions of a law of the United States, so as to prevent his discovery and arrest, after notice and knowledge of the fact that a warrant had been issued for the apprehension of Mixell, and which warrant had been issued on a violation of Mixell's pretrial release conditions for a felony charge.

4. All in violation of Title 18, United States Code, Sections 1071 and 2.

## COUNT THREE

The Grand Jury further charges:

5. That on or about May 31, 2018, in the Western Judicial District of Virginia, the defendant, JANNA REBECCA SMITH, a/k/a "Rabbit," did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely claiming to the United States Marshals Service that she did not know where Christopher James Mixell had gone when he absconded from bond, and that she had no contact with him, when she then well knew otherwise.

6. All in violation of Title 18, United States Code, Section 1001.

## COUNT FOUR

The Grand Jury further charges:

7. That on or about June 28, 2018, in the Western Judicial District of Virginia, the defendant, JANNA REBECCA SMITH, a/k/a "Rabbit," did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely claiming to the United States Marshals Service that she had not spoken with Mixell since May 30, 2018, and

had no idea where he was, when she then well knew otherwise.

8. All in violation of Title 18, United States Code, Section 1001.

## COUNT FIVE

The Grand Jury further charges:

9. That on or about July 10, 2018, in the Western Judicial District of Virginia, the defendant, JANNA REBECCA SMITH, a/k/a "Rabbit," did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely claiming to the United States Marshals Service that she had no idea where Mixell had been since he left on May 30, 2018, that she had not spoken with Mixell since May 30, 2018, and that Mixell had just appeared one day at the area where he was arrested, when she then well knew otherwise.

10. All in violation of Title 18, United States Code, Section 1001.


A TRUE BILL, this __13__ day of March 2019.

s/*GRAND JURY FOREPERSON*
GRAND JURY FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY

3

USAO No. 2018R00440